PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:02CR05367-006** |
| ) | |
| **MANUEL RIOS** ) | |
| ) | |

On November 3, 2003, the above-named was placed on Supervised Release for a period of four years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Supervising United States Probation Officer**

Dated:     December 2, 2008
               Bakersfield, California
               TAB:dk

**Re:** **Manuel RIOS**
**Docket Number:   1:02CR05367-006**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   December 2, 2008**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE